# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>DNA Samples from Eric Mendoza TANORY | )<br>)<br>)  Case No.  **19MJ3234**<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Southern_____ District of _____California_____ *(identify the person or describe property to be searched and give its location):* **See Attachment A**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):* **See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___922(g)___ , and the application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Arnesha Bahn, SA, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/1/19

*Judge's signature*

City and state: San Diego, CA          Linda Lopez, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Arnesha Bahn, being duly sworn, hereby state as follows:

## INTRODUCTION

1. This affidavit supports an application authorizing the taking of DNA samples from Eric Mendoza TANORY (the TARGET SUBJECT), more particularly described in Attachment A, incorporated herein.

2. The evidence to be searched for and seized is described in Attachment B, incorporated herein.

3. Based on the information below, there is probable cause to believe that, from the buccal (oral) swabs that may be collected from the TARGET SUBJECT, there exists evidence of a crime, specifically, violations of Title 18, United States Code, Section 922(g)(1) – Felon in Possession of Ammunition (the SUBJECT OFFENSE).

## EXPERIENCE AND TRAINING

4. I am a Special Agent ("S/A") with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have been so employed since July 2013.

5. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator's Training Program, and the ATF National Academy's Special Agent Basic Training course. As an ATF S/A, I have received training in federal firearms laws and have been the affiant on search and arrest warrants for such violations, to include investigations on persons prohibited from possessing firearms. In this realm, I have authored affidavits for search warrants, and complaints which have yielded evidence of federal criminal violations.

6. The facts set forth herein are those that I believe are relevant to the limited purposes of this affidavit, namely, to establish probable cause for the requested warrant. The affidavit does not, therefore, include each and every fact that I or other law enforcement personnel may have learned in connection with this ongoing investigation. In the affidavit, all dates and times are approximate.

1

7. I have knowledge of the facts set forth below based on my review of the reports, recorded statements, and evidence collected in this case.

## FACTS SUPPORTING PROBABLE CAUSE

8. On May 17, 2019, at approximately 3:20 p.m., San Diego Sheriff's Department ("SDSO") Deputies were dispatched to a report of fraud at the Pala Casino located at 11154 Pala Rd, on the Pala Indian Reservation in San Diego County. They were advised that casino security had the TARGET SUBJECT detained for suspected check fraud. Records checks revealed that the TARGET SUBJECT was wanted for a parole violation.

9. Pala Casino personnel said the TARGET SUBJECT and his companion J.S. arrived at the casino in a darker colored Chevrolet Silverado. Deputies contacted the TARGET SUBJECT who was in an interview room handcuffed. Security warned deputies that the TARGET SUBJECT had a syringe in his pocket. The TARGET SUBJECT told deputies that the syringe contained "speed." Deputies searched the TARGET SUBJECT and found a set of Chevrolet keys in is right back jeans pocket, a syringe with a clear liquid substance, and a small bindle of a brown tar-like substance. the TARGET SUBJECT said the brown tar-like substance was, "heroin." The TARGET SUBJECT initially stated the keys belonged to his work truck in Oceanside. Deputies, however, matched the keys with a Chevrolet Silverado parked in the parking lot. Deputies asked the TARGET SUBJECT what they were going to find in the truck and he stated, "a gun." The TARGET SUBJECT additionally stated, "[t]hose are the keys to the truck." Deputies asked if the truck belonged to him and the TARGET SUBJECT stated, "I stole it…there's a badass AR in there."

10. Deputies conducted records checks and confirmed the Chevrolet Silverado was stolen. During a search of the Chevrolet Silverado, deputies found a black duffle bag containing hundreds of articles of mail from different residents in Riverside County. They also found an AR-style pistol produced from an unfinished lower receiver in a red Jordan bag located in the rear passenger area of the Silverado. The AR pistol did not

bear markings and was disassembled with the upper and lower receivers separated. Deputies also found a 30-round firearm magazine and high capacity drum magazine containing assorted PMC, FC and Lake City Armory .223 caliber ammunition totaling 91 rounds. The ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

11. Deputies arrested the TARGET SUBJECT and transported him to the station. He was read his *Miranda* admonishment and advised deputies that he understood his rights and he was willing to speak. The TARGET SUBJECT admitted to attempting to cash a false check that he stole from the mail at the casino. Deputies asked the TARGET SUBJECT if he was going around stealing mail; the TARGET SUBJECT responded by nodding his head up and down signifying "yes." Deputies asked the TARGET SUBJECT where he stole the mail from and the TARGET SUBJECT replied, "[e]verywhere." The TARGET SUBJECT did not know how many residences he took mail from but he said it was more than 20 homes. The TARGET SUBJECT confirmed that the large black duffle bag deputies found in the Chevrolet Silverado contained the stolen mail and the bag belonged to him. The TARGET SUBJECT said he bought the AR pistol and ammunition for $1,000 from an and individual in Pala because he wanted to shoot it. The TARGET SUBJECT admitted to stealing the Silverado and confessed that the "speed" and "heroin" belonged to him. He also admitted using drugs every two hours. Deputies asked the TARGET SUBJECT if he knew he was a felon and knew that he should not be in possession of weapons and ammunition to which the TARGET SUBJECT replied, "yes."

**PRIOR ATTEMPTS TO OBTAIN INFORMATION**

12. The United States has not attempted to obtain this information by other means.

**CONCLUSION**

13. Based on my training and experience, and the foregoing facts, I believe there is probable cause to believe the TARGET SUBJECT committed the SUBJECT OFFENSE,

3

and, in light of the above information, there is probable cause to believe that obtaining DNA samples, from the TARGET SUBJECT, described in ATTACHMENT A, is necessary to determine whether he possessed seized firearm.

14. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

Arnesha Bahn, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed before me this \_\_\_\_\_ day of August 2019.

HONORABLE LINDA LOPEZ
United States Magistrate Judge

4

## ATTACHMENT A
## PERSONS TO BE SEARCHED

The Person known as Eric Menodza TANORY ("TANORY") (depicted below), further described as a Hispanic male adult with a date of birth of November 17, 1984 and being about 5'11'' in height and 220 lbs. in weight with Brown Hair and Black Eyes, currently in the custody of Riverside County Sherrif, Southwest Detention Center, Riverside CA.



## **ATTACHMENT B**

### ITEMS TO BE SEIZED

DNA samples from Eric Menodza TANORY ("TANORY"), in the form of buccal cells on oral swabs. The oral swabs will be collected from the inside cheek portion of the mouth to sufficiently collect buccal cells pursuant to the standard practices and procedures employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") or the the San Diego County Sheriff's Department for DNA testing.